# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANDY FORTUNATO,

    Plaintiff,

v.

SUNRISE CREDIT SERVICES, INC., *et al.*,

    Defendants.

Case No. 2:11-CV-01798-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion to Dismiss with Prejudice (#5). Plaintiff is moving to voluntarily dismiss his case against Defendant Sunrise Credit Services, Inc. in accordance with Federal Rule of Civil Procedure 41. Since Defendant Sunrise Credit has not filed an answer or motion for summary judgment, the Court grants Plaintiff's motion and dismisses Plaintiff's complaint against Sunrise Credit Services, Inc.

**IT IS SO ORDERED.**

    DATED this 12th day of December 2011.

_____
Kent J. Dawson
United States District Judge