# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANDY FORTUNATO,

    Plaintiff,

v.

BRACHFELD LAW GROUP, P.C., *et al.*,

    Defendants.

Case No. 2:11-CV-01798-KJD-PAL

**ORDER**

    Presently before the Court is Defendant Brachfeld Law Group, P.C.'s Motion to Dismiss (#16). Though the time for doing so has passed, Plaintiff has failed to file a response in opposition. On March 15, 2012, the Court warned (#18) Plaintiff that failure to file points and authorities in opposition to the motion to dismiss would result in Plaintiff's complaint being dismissed. Therefore, in accordance with Local Rule 7-2(d) and on the merits of Defendant's motion to dismiss, the Court grants the motion to dismiss.

    Accordingly, IT IS HEREBY ORDERED that Defendant Brachfeld Law Group, P.C.'s Motion to Dismiss (#16) is **GRANTED**;

    IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant Brachfeld Law Group, P.C. and against Plaintiff.

    DATED this 1st day of May 2012.

                                                                           Kent J. Dawson
                                                                           United States District Judge